**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

GARY W. IBURG, SR.                                                                                    PLAINTIFF
ADC #092676

v.                                            No. 4:06CV01618 JLH/HLJ

MR. CAVE, *et al*.                                                                               DEFENDANTS

## JUDGMENT

    Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure

to prosecute.  The relief sought is denied.

    IT IS SO ADJUDGED this 21st day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE